

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00056-CV

Gary **HODGE** and Robert Hart III,
Appellants

v.

Stephen **KRAFT**, Individually and as Member on Behalf of Grupo Habanero LLC,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18038
Honorable Peter A. Sakai, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Appellants Gary Hodge and Robert Hart III.

It is so **ORDERED** on November 4, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle, Clerk